IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL SEAGRAVES,<br>            Plaintiff,<br><br>         v.<br><br>PHILADELPHIA POLICE DEPARTMENT,<br>POLICE OFFICER MICHAEL J. FRITZ,<br>POLICE OFFICER JOHN DOE #1,<br>POLICE OFFICER JOHN DOE #2,<br>POLICE OFFICER JOHN DOE #3, and<br>CITY OF PHILADELPHIA ,<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO.  16-1219 |

## O R D E R

**AND NOW**, this 10th day of May, 2016, upon consideration of defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 2, filed March 17, 2016) and plaintiff's Memorandum of Law in Opposition to Defendant City of Philadelphia's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 5, filed April 29, 2016), for the reasons set forth in the accompanying Memorandum dated May 10, 2016, **IT IS ORDERED** as follows:

    1.    Defendant's Motion to Dismiss is **GRANTED** and plaintiff's claims against defendant the City of Philadelphia contained in Counts X–XIII are **DISMISSED WITHOUT PREJUDICE** to plaintiff's right to file and serve an amended complaint within twenty (20) days of the entry of this Order if warranted by the facts and applicable law.

2. On or before May 17, 2016, defendant City of Philadelphia shall provide plaintiff with the names of the police officers involved in the events of September 22, 2013, that culminated in plaintiff's arrest.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**