# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL SEAGRAVES,<br>        Plaintiff,<br><br>v.<br><br>POLICE OFFICER MICHAEL J. TRITZ,<br>POLICE OFFICER RUEBEN ONDARZA,<br>POLICE OFFICER CAPTAIN LLEWELLYN, and<br>POLICE OFFICER DETECTIVE SLOBODIAN,<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO. 16-1219 |

## O R D E R

**AND NOW**, this 5th day of January, 2017, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (Document No. 9, filed May 31, 2016), it having been reported that the issues between the parties in the above action have been settled, **IT IS ORDERED** as follows:

1. Defendants' Motion to Dismiss for Failure to State a Claim is **DENIED AS MOOT**; and,

2. Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

                                                              **BY THE COURT:**

                                                              **/s/ Hon. Jan E. DuBois**
                                                              _____
                                                                **DuBOIS, JAN E., J.**